Northtec LLC, 125 Pinelawn Road, Melville, NY 11747

SHAMIMA A RAHMAN - ID#483270

DIRECT DEPOSIT     PAYMENT DATE: 29-NOV-2019     No. 004672312

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | CLASS |
|---|---|---|---|---|---|---|---|---|
| Time Entry Wag | 2.75 | 9.00 | 24.75 | 3,996.45 | Federal | 0.36 | 44.57 | |
| Floating Hol | | | | 68.40 | FICA-HI | 1.54 | 80.37 | |
| Seniority Hour | | | | 36.00 | FICA-OASDI | 0.76 | 343.67 | |
| Credit Hours | | | | 36.00 | STATE (PA) | 0.02 | 170.22 | |
| Holiday Pay | | | | 559.80 | Unemp. Ins. (PA) | 0.96 | 3.33 | |
| Backup_Pay | | | | 312.99 | (Philadelphia) C | 1.00 | 214.84 | |
| Backup_Pay_OT | | | | 13.50 | (Bristol Twp) HT | | 46.00 | |
| Overtime 1.5X | | | | 317.26 | | | | |
| Bonus Referral | | | | 100.00 | | | | |

| TOTAL HRS WORKED | | GROSS PAY | | PRE-TAX DED | | TAXES | | OTHER DEDS | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 2.75 | | CURRENT | 24.75 | CURRENT | 0.00 | CURRENT | 4.64 | CURRENT | 0.00 | 20.11 |
| | | YEAR-TO-DATE | 5,543.00 | YEAR-TO-DATE | 0.00 | YEAR-TO-DATE | 903.00 | YEAR-TO-DATE | 0.00 | 4,840.00 |

DEPT: US.Non Brand.Supply Chain.A

| VAC.HRS.REM. | SICK HRS.REM. |
|---|---|
| 0.00 | 0.00 |

| BASE SALARY | PAY PERIOD START | PAY PERIOD END | FEDERAL FILING STATUS | FED ALLOWANCES | STATE FILING STATUS | ST ALLOWANCES |
|---|---|---|---|---|---|---|
| 9.00 | 18-NOV-2019 | 24-NOV-2019 | Married | 4 | Not Used (PA) | 0 |

Northtec LLC., 125 Pinelawn Road, Melville, NY 11747

SHAMIMA A RAHMAN - ID#483270

DIRECT DEPOSIT    PAYMENT DATE: 22-NOV-2019    No. 004660368

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | CLASS |
|---|---|---|---|---|---|---|---|---|
| Time Entry Wag | 8.00 | 9.00 | 72.00 | 3,971.70 | Federal | 1.04 | 44.57 | |
| Floating Hol | | | | 68.40 | FICA-HI | 4.46 | 80.01 | |
| Seniority Hour | | | | 36.00 | FICA-OASDI | 2.21 | 342.13 | |
| Credit Hours | | | | 36.00 | STATE (PA) | 0.04 | 169.46 | |
| Holiday Pay | | | | 559.80 | Unemp. Ins. (PA) | 2.79 | 3.31 | |
| Backup_Pay | | | | 312.99 | (Philadelphia) C | | 213.88 | |
| Backup_Pay_OT | | | | 13.50 | (Bristol Twp) HT | 1.00 | 45.00 | |
| Overtime 1.5X | | | | 317.26 | | | | |
| Bonus Referral | | | | 100.00 | | | | |

| TOTAL HRS WORKED | GROSS PAY | | PRE-TAX DED | | TAXES | | OTHER DEDS | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| 8.00 | CURRENT | YEAR-TO-DATE | CURRENT | YEAR-TO-DATE | CURRENT | YEAR-TO-DATE | CURRENT | YEAR-TO-DATE | |
| | 72.00 | 5,518.25 | 0.00 | 0.00 | 11.54 | 898.36 | 0.00 | 0.00 | 60.46 |

| DEPT: US.Non Brand.Supply Chain.A | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VAC.HRS.REM. | SICK HRS.REM | FEDERAL FILING STATUS | FED ALLOWANCES | STATE FILING STATUS | ST ALLOWANCES | | | |
| 0.00 | 0.00 | Married | 4 | Not Used (PA) | 0 | | | |
| BASE SALARY | PAY PERIOD START | PAY PERIOD END | | | | | | |
| 9.00 | 11-NOV-2019 | 17-NOV-2019 | | | | | | 4,619.89 |

**Northtec LLC, 125 Pinelawn Road, Melville, NY 11747**

**SHAMIMA A RAHMAN - ID#483270**

DIRECT DEPOSIT   PAYMENT DATE: 06-DEC-2019   No. 004681992

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | CLASS |
|---|---|---|---|---|---|---|---|---|
| Time Entry Wag | 12.00 | 9.00 | 108.00 | 4,104.45 | Federal | 3.66 | 44.57 | |
| Floating Hol | | | | 68.40 | FICA-HI | 15.62 | 84.03 | |
| Seniority Hour | | | | 36.00 | FICA-OASDI | 7.74 | 359.29 | |
| Credit Hours | | | | 36.00 | STATE (PA) | 0.15 | 177.96 | |
| Holiday Pay | 16.00 | 9.00 | 144.00 | 703.80 | Unemp. Ins. (PA) | 9.76 | 3.48 | |
| Backup_Pay | | | | 312.99 | (Philadelphia) C | 1.00 | 224.60 | |
| Backup_Pay_OT | | | | 13.50 | (Bristol Twp) HT | | 47.00 | |
| Overtime 1.5X | | | | 317.26 | | | | |
| Bonus Referral | | | | 100.00 | | | | |

| TOTAL HRS WORKED | GROSS PAY | PRE-TAX DED | TAXES | OTHER DEDS | NET PAY |
|---|---|---|---|---|---|
| 12.00 | 252.00 | 0.00 | 37.93 | 0.00 | 214.07 |

| DEPT: US.Non Brand.Supply Chain.A | CURRENT | YEAR-TO-DATE | | | |
|---|---|---|---|---|---|
| VAC.HRS.REM. | SICK HRS.REM | 0.00 | 5,795.00 | 0.00 | 940.93 | 0.00 | 4,854.07 |
| 0.00 | 0.00 | | | | |

| BASE SALARY | PAY PERIOD START | PAY PERIOD END | FEDERAL FILING STATUS | FED ALLOWANCES | STATE FILING STATUS | ST ALLOWANCES |
|---|---|---|---|---|---|---|
| 9.00 | 25-NOV-2019 | 01-DEC-2019 | Married | 4 | Not Used (PA) | 0 |

Northtec LLC., 125 Pinelawn Road, Melville, NY 11747       DIRECT DEPOSIT    PAYMENT DATE: 20-DEC-2019    No. 00470701954

SHAMIMA A RAHMAN - ID#483270

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | CLASS |
|---|---|---|---|---|---|---|---|---|
| Time Entry Wag | 12.00 | 9.00 | 108.00 | 4,356.45 | Federal | 2.08 | 44.57 | |
| Credit Hours | 4.00 | 9.00 | 36.00 | 72.00 | FICA-HI | 8.93 | 88.65 | |
| Seniority Hour | | | | 36.00 | FICA-OASDI | 4.42 | 379.08 | |
| Floating Hol | | | | 68.40 | STATE (PA) | 0.09 | 187.76 | |
| Holiday Pay | | | | 703.80 | Unemp. Ins. (PA) | 5.57 | 3.67 | |
| Overtime 1.5X | | | | 334.14 | (Philadelphia) C | | 236.95 | |
| Backup_Pay_OT | | | | 15.75 | (Bristol Twp) HT | 1.00 | 49.00 | |
| Backup_Pay | | | | 324.99 | | | | |
| Bonus Referral | | | | 100.00 | | | | |

| TOTAL HRS WORKED | | GROSS PAY | | PRE-TAX DED | | TAXES | | OTHER DEDS | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 12.00 | | CURRENT | YEAR-TO-DATE | CURRENT | YEAR-TO-DATE | CURRENT | YEAR-TO-DATE | CURRENT | YEAR-TO-DATE | |
| | | 144.00 | 6,114.13 | 0.00 | 0.00 | 22.09 | 989.68 | 0.00 | 0.00 | 121.91 |

| DEPT: US.Non Brand.Supply Chain.A | | | | | | |
|---|---|---|---|---|---|---|
| VAC.HRS.REM. | SICK HRS.REM | | | | | |
| 0.00 | 0.00 | | | | | |

| BASE SALARY | PAY PERIOD START | PAY PERIOD END | FEDERAL FILING STATUS | FED ALLOWANCES | STATE FILING STATUS | ST ALLOWANCES |
|---|---|---|---|---|---|---|
| 9.00 | 09-DEC-2019 | 15-DEC-2019 | Married | 4 | Not Used (PA) | 0 |

YEAR-TO-DATE: 5,124.45

Northtec LLC , 125 Pinelawn Road, Melville, NY 11747  
SHAMIMA A RAHMAN - ID#483270

DIRECT DEPOSIT    PAYMENT DATE: 24-JAN-2020    No. 0047471399

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | CLASS |
|---|---|---|---|---|---|---|---|---|
| Time Entry Wag | 23.00 | 9.00 | 207.00 | 531.00 | Federal | 4.48 | 31.68 | |
| Holiday Pay | | | | 360.00 | FICA-HI | 19.16 | 17.10 | |
| Overtime 1.5X | 5.00 | 13.50 | 67.50 | 67.50 | FICA-OASDI | 9.49 | 73.10 | |
| Backup_Pay | 23.00 | 1.50 | 34.50 | 76.50 | STATE (PA) | 0.19 | 36.20 | |
| | | | | | Unemp. Ins. (PA) | | 0.71 | |
| | | | | | (Philadelphia) C | 11.96 | 45.64 | |
| | | | | | (Bristol Twp) HT | | 4.00 | |

| TOTAL HRS WORKED | | GROSS PAY | | PRE-TAX DED | | TAXES | | OTHER DEDS | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 28.00 | | 309.00 | 1,179.00 | 0.00 | 0.00 | 45.28 | 208.43 | 0.00 | 0.00 | 263.72 970.57 |

| DEPT: US.Non Brand.Supply Chain.A | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VAC.HRS.REM. | SICK HRS.REM | CURRENT | YEAR-TO-DATE | FEDERAL FILING STATUS | FED ALLOWANCES | STATE FILING STATUS | ST ALLOWANCES | |
| 0.00 | 0.00 | | | Married | 4 | Not Used (PA) | 0 | |

| BASE SALARY | PAY PERIOD START | PAY PERIOD END |
|---|---|---|
| 9.00 | 13-JAN-2020 | 19-JAN-2020 |

Northtec LLC, 125 Pinelawn Road, Melville, NY 11747

SHAMIMA A RAHMAN - ID#483270

DIRECT DEPOSIT     PAYMENT DATE: 31-JAN-2020     No. 00475841

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | CLASS |
|---|---|---|---|---|---|---|---|---|
| Time Entry Wag | 8.00 | 9.00 | 72.00 | 603.00 | Federal | 2.17 | 31.68 | |
| Floating Hol | 4.00 | 9.00 | 36.00 | 36.00 | FICA-HI | 9.30 | 19.27 | |
| Holiday Pay | 4.00 | 9.00 | 36.00 | 396.00 | FICA-OASDI | 4.61 | 82.40 | |
| Overtime 1.5x | | | | 67.50 | STATE (PA) | 0.09 | 40.81 | |
| Backup_Pay | 4.00 | 1.50 | 6.00 | 82.50 | Unemp. Ins. (PA) | 5.81 | 0.80 | |
| | | | | | (Philadelphia) C | 1.00 | 51.45 | |
| | | | | | (Bristol Twp) HT | | 5.00 | |

| TOTAL HRS WORKED | | | GROSS PAY | | PRE-TAX DED | | TAXES | | OTHER DEDS | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8.00 | | | 150.00 | | 0.00 | | 22.98 | | 0.00 | | 127.02 |

| DEPT: US.Non Brand.Supply Chain.A | | | | | | |
|---|---|---|---|---|---|---|
| VAC.HRS.REM. | SICK HRS.REM | | CURRENT | | | |
| 0.00 | 0.00 | | YEAR-TO-DATE | | | |
| | | | 1,329.00 | | 231.41 | 0.00 | 1,097.59 |

| BASE SALARY | PAY PERIOD START | PAY PERIOD END | FEDERAL FILING STATUS | FED ALLOWANCES | STATE FILING STATUS | ST ALLOWANCES |
|---|---|---|---|---|---|---|
| 9.00 | 20-JAN-2020 | 26-JAN-2020 | Married | 4 | Not Used (PA) | 0 |

Northtec LLC., 125 Pinelawn Road, Melville, NY 11747

SHAMIMA A RAHMAN - ID#483270

DIRECT DEPOSIT    PAYMENT DATE: 10-JAN-2020    No. 004728275

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | CLASS |
|---|---|---|---|---|---|---|---|---|
| Time Entry Wag | 16.00 | 9.00 | 144.00 | 216.00 | FICA-HI | 4.35 | 7.66 | |
| Holiday Pay | 16.00 | 9.00 | 144.00 | 288.00 | FICA-OASDI | 18.60 | 32.74 | |
| Backup_Pay | 8.00 | 1.50 | 12.00 | 24.00 | STATE (PA) | 9.21 | 16.21 | |
| | | | | | Unemp. Ins. (PA) | 0.18 | 0.32 | |
| | | | | | (Philadelphia) C | 11.61 | 20.44 | |
| | | | | | (Bristol Twp) HT | 1.00 | 2.00 | |

| TOTAL HRS WORKED | | GROSS PAY | PRE-TAX DED | TAXES | OTHER DEDS | NET PAY |
|---|---|---|---|---|---|---|
| 16.00 | CURRENT | 300.00 | 0.00 | 44.95 | 0.00 | 255.05 |
| | YEAR-TO-DATE | 528.00 | 0.00 | 79.37 | 0.00 | 448.63 |

| DEPT: US.Non Brand.Supply Chain.A | | | | | |
|---|---|---|---|---|---|
| VAC.HRS.REM. | SICK HRS.REM | | | | |
| 0.00 | 0.00 | | | | |

| BASE SALARY | PAY PERIOD START | PAY PERIOD END | FEDERAL FILING STATUS | FED ALLOWANCES | STATE FILING STATUS | ST ALLOWANCES |
|---|---|---|---|---|---|---|
| 9.00 | 30-DEC-2019 | 05-JAN-2020 | Married | 4 | Not Used (PA) | 0 |

Northtec LLC., 125 Pinelawn Road, Melville, NY 11747    DIRECT DEPOSIT    PAYMENT DATE: 03-JAN-2020    No. 00472109 3

SHAMIMA A RAHMAN - ID#483270

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | CLASS |
|---|---|---|---|---|---|---|---|---|
| Time Entry Wag | 8.00 | 9.00 | 72.00 | 72.00 | FICA-HI | 3.31 | 3.31 | |
| Holiday Pay | 16.00 | 9.00 | 144.00 | 144.00 | FICA-OASDI | 14.14 | 14.14 | |
| Backup_Pay | 8.00 | 1.50 | 12.00 | 12.00 | STATE (PA) | 7.00 | 7.00 | |
| | | | | | Unemp. Ins. (PA) | 0.14 | 0.14 | |
| | | | | | (Philadelphia) C | 8.83 | 8.83 | |
| | | | | | (Bristol Twp) HT | 1.00 | 1.00 | |

| TOTAL HRS WORKED | | GROSS PAY | | PRE-TAX DED | | TAXES | OTHER DEDS | NET PAY |
|---|---|---|---|---|---|---|---|---|
| 8.00 | | 228.00 | | 0.00 | | 34.42 | 0.00 | 193.58 |

DEPT: US.Non Brand.Supply Chain.A

| VAC.HRS.REM. | SICK HRS.REM | CURRENT | YEAR-TO-DATE | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 228.00 | | | | 34.42 | 0.00 | 193.58 |

| BASE SALARY | PAY PERIOD START | PAY PERIOD END | FEDERAL FILING STATUS | FED ALLOWANCES | STATE FILING STATUS | ST ALLOWANCES |
|---|---|---|---|---|---|---|
| 9.00 | 23-DEC-2019 | 29-DEC-2019 | Married | 4 | Not Used (PA) | 0 |

Northtec LLC., 125 Pinelawn Road, Melville, NY 11747    DIRECT DEPOSIT    PAYMENT DATE: 28-FEB-2020    No. 0047948555

SHAMIMA A RAHMAN - ID#483270

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | CLASS |
|---|---|---|---|---|---|---|---|---|
| Time Entry Wag | 12.00 | 9.00 | 108.00 | 1,098.00 | Federal | 2.09 | 31.68 | |
| Holiday Pay | 4.00 | 9.00 | 36.00 | 432.00 | FICA-HI | 8.93 | 27.95 | |
| Floating Hol | | | | 36.00 | FICA-OASDI | 4.42 | 119.51 | |
| Backup_Pay | | | | 82.50 | STATE (PA) | 0.09 | 59.18 | |
| Overtime 1.5X | | | | 135.00 | Unemp. Ins. (PA) | 5.57 | 1.16 | |
| | | | | | (Philadelphia) C | 1.00 | 74.62 | |
| | | | | | (Bristol Twp) HT | | 9.00 | |

| TOTAL HRS WORKED | GROSS PAY | PRE-TAX DED | TAXES | OTHER DEDS | NET PAY |
|---|---|---|---|---|---|
| 12.00 | 144.00 | 0.00 | 22.10 | 0.00 | 121.90 |

| DEPT: US.Non Brand.Supply Chain.A | CURRENT | YEAR-TO-DATE | FED ALLOWANCES | STATE FILING STATUS | ST ALLOWANCES |
|---|---|---|---|---|---|
| VAC.HRS.REM. | 0.00 | 1,927.50 | | | |
| SICK HRS.REM | 0.00 | 323.10 | | 0.00 | 1,604.40 |

| BASE SALARY | PAY PERIOD START | PAY PERIOD END | FEDERAL FILING STATUS | | |
|---|---|---|---|---|---|
| 9.00 | 17-FEB-2020 | 23-FEB-2020 | Married | 4 | Not Used (PA) | 0 |

Northtec LLC , 125 Pinelawn Road, Melville, NY 11747

SHAMIMA A RAHMAN - ID#483270

DIRECT DEPOSIT   PAYMENT DATE: 21-FEB-2020   No. 00478357.9

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | CLASS |
|---|---|---|---|---|---|---|---|---|
| Time Entry Wag | 18.50 | 9.00 | 166.50 | 990.00 | Federal | 2.41 | 31.68 | |
| Floating Hol | | | | 36.00 | FICA-HI | 10.33 | 25.86 | |
| Holiday Pay | | | | 396.00 | FICA-OASDI | 5.11 | 110.58 | |
| Overtime 1.5X | | | | 135.00 | STATE (PA) | 0.10 | 54.76 | |
| Backup_Pay | | | | 82.50 | Unemp. Ins. (PA) | 6.45 | 1.07 | |
| | | | | | (Philadelphia) C | 1.00 | 69.05 | |
| | | | | | (Bristol Twp) HT | | 8.00 | |

| TOTAL HRS WORKED | | GROSS PAY | | PRE-TAX DED | | TAXES | | OTHER DEDS | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 18.50 | | CURRENT | YEAR-TO-DATE | CURRENT | YEAR-TO-DATE | CURRENT | YEAR-TO-DATE | CURRENT | YEAR-TO-DATE | |
| | | 166.50 | 1,783.50 | 0.00 | 0.00 | 25.40 | 301.00 | 0.00 | 0.00 | 141.10 |
| | | | | | | | | | | 1,482.50 |

| DEPT: US.Non Brand.Supply Chain.A |
|---|

| VAC.HRS.REM. | SICK HRS.REM | PAY PERIOD START | PAY PERIOD END | FEDERAL FILING STATUS | FED ALLOWANCES | STATE FILING STATUS | ST ALLOWANCES |
|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 10-FEB-2020 | 16-FEB-2020 | Married | 4 | Not Used (PA) | 0 |

| BASE SALARY |
|---|
| 9.00 |

Northtec LLC., 125 Pinelawn Road, Melville, NY 11747 — DIRECT DEPOSIT — PAYMENT DATE: 14-FEB-2020 — No. 0004776399

SHAMIMA A RAHMAN - ID#483270

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | CLASS |
|---|---|---|---|---|---|---|---|---|
| Time Entry Wag | 16.50 | 9.00 | 148.50 | 823.50 | Federal | 3.14 | 31.68 | |
| Floating Hol | | | | 36.00 | FICA-HI | 13.39 | 23.45 | |
| Holiday Pay | | | | 396.00 | FICA-OASDI | | 100.25 | |
| Overtime 1.5X | 5.00 | 13.50 | 67.50 | 135.00 | STATE (PA) | 6.63 | 49.65 | |
| Backup_Pay | | | | 82.50 | Unemp. Ins. (PA) | 0.13 | 0.97 | |
| | | | | | (Philadelphia) C | 8.36 | 62.60 | |
| | | | | | (Bristol Twp) HT | 1.00 | 7.00 | |

| TOTAL HRS WORKED | GROSS PAY | PRE-TAX DED | TAXES | OTHER DEDS | NET PAY |
|---|---|---|---|---|---|
| 21.50 | 216.00 | 0.00 | 32.65 | 0.00 | 183.35 |

| DEPT: US.Non Brand.Supply Chain.A | | | | | |
|---|---|---|---|---|---|
| VAC.HRS.REM. | SICK.HRS.REM | CURRENT | YEAR-TO-DATE | CURRENT | YEAR-TO-DATE |
| 0.00 | 0.00 | | 1,617.00 | 0.00 | 275.60 | 0.00 | 1,341.40 |

| BASE SALARY | PAY PERIOD START | PAY PERIOD END | FEDERAL FILING STATUS | FED ALLOWANCES | STATE FILING STATUS | ST ALLOWANCES |
|---|---|---|---|---|---|---|
| 9.00 | 03-FEB-2020 | 09-FEB-2020 | Married | 4 | Not Used (PA) | 0 |

Northtec LLC , 125 Pinelawn Road, Melville, NY 11747

SHAMIMA A RAHMAN - ID#483270

DIRECT DEPOSIT    PAYMENT DATE: 07-FEB-2020    No. 004765482

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | CLASS |
|---|---|---|---|---|---|---|---|---|
| Time Entry Wag | 8.00 | 9.00 | 72.00 | 675.00 | Federal | | 31.68 | |
| Floating Hol | | | | 36.00 | FICA-HI | 1.04 | 20.31 | |
| Holiday Pay | | | | 396.00 | FICA-OASDI | 4.46 | 86.86 | |
| Overtime 1.5X | | | | 67.50 | STATE (PA) | 2.21 | 43.02 | |
| Backup_Pay | | | | 82.50 | Unemp. Ins. (PA) | 0.04 | 0.84 | |
| | | | | | (Philadelphia) C | 2.79 | 54.24 | |
| | | | | | (Bristol Twp) HT | 1.00 | 6.00 | |

| TOTAL HRS WORKED | | GROSS PAY | | PRE-TAX DED | | TAXES | | OTHER DEDS | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 8.00 | | 72.00 | 1,401.00 | 0.00 | 0.00 | 11.54 | 242.95 | 0.00 | 0.00 | 60.46 / 1,158.05 |

| DEPT: US.Non Brand.Supply Chain.A | | | | | | |
|---|---|---|---|---|---|---|
| VAC.HRS.REM. | SICK HRS.REM | CURRENT | YEAR-TO-DATE | FEDERAL FILING STATUS | FED ALLOWANCES | STATE FILING STATUS | ST ALLOWANCES |
| 0.00 | 0.00 | | | | | | |

| BASE SALARY | PAY PERIOD START | PAY PERIOD END | | | |
|---|---|---|---|---|---|
| 9.00 | 27-JAN-2020 | 02-FEB-2020 | Married | 4 | Not Used (PA) | 0 |

Northtec LLC, 125 Pinelawn Road, Melville, NY 11747

SHAMIMA A RAHMAN - ID#483270

DIRECT DEPOSIT    PAYMENT DATE: 13-MAR-2020    No. 004814393

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | CLASS |
|---|---|---|---|---|---|---|---|---|
| Time Entry Wag | 4.00 | 9.00 | 36.00 | 1,341.00 | Federal | 0.52 | 31.68 | |
| Holiday Pay | | | | 432.00 | FICA-HI | 2.23 | 31.62 | |
| Floating Hol | | | | 36.00 | FICA-OASDI | 1.11 | 135.22 | |
| Backup_Pay | | | | 93.00 | STATE (PA) | 0.02 | 66.97 | |
| Overtime 1.5X | | | | 135.00 | Unemp. Ins. (PA) | 1.39 | 1.31 | |
| | | | | | (Philadelphia) C | 1.00 | 84.43 | |
| | | | | | (Bristol Twp) HT | | 11.00 | |

| TOTAL HRS WORKED | GROSS PAY | | PRE-TAX DED | | TAXES | | OTHER DEDS | NET PAY |
|---|---|---|---|---|---|---|---|---|
| 4.00 | 36.00 | | 0.00 | | 6.27 | | 0.00 | 29.73 |

| DEPT: US.Non Brand.Supply Chain.A | SICK HRS.REM. | | YEAR-TO-DATE | | | | | |
|---|---|---|---|---|---|---|---|---|
| VAC.HRS.REM. | CURRENT | | | | | | | |
| 0.00 | 0.00 | | 2,181.00 | | 362.23 | | 0.00 | 1,818.77 |

| BASE SALARY | PAY PERIOD START | PAY PERIOD END | FEDERAL FILING STATUS | FED ALLOWANCES | STATE FILING STATUS | ST ALLOWANCES |
|---|---|---|---|---|---|---|
| 9.00 | 02-MAR-2020 | 08-MAR-2020 | Married | 4 | Not Used (PA) | 0 |

Northtec LLC., 125 Pinelawn Road, Melville, NY 11747

SHAMIMA A RAHMAN - ID#483270

DIRECT DEPOSIT  PAYMENT DATE: 06-MAR-2020  No. 004801520

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE | DEDUCTIONS | CURRENT | YEAR TO DATE | CLASS |
|---|---|---|---|---|---|---|---|---|
| Time Entry Wag | 23.00 | 9.00 | 207.00 | 1,305.00 | Federal | 3.15 | 31.68 | |
| Holiday Pay | | | | 432.00 | FICA-HI | 13.48 | 31.10 | |
| Floating Hol | | | | 36.00 | FICA-OASDI | 6.68 | 132.99 | |
| Backup_Pay | | | | 93.00 | STATE (PA) | 0.13 | 65.86 | |
| Overtime 1.5x | 7.00 | 1.50 | 10.50 | 135.00 | Unemp. Ins. (PA) | 8.42 | 1.29 | |
| | | | | | (Philadelphia) C | 1.00 | 83.04 | |
| | | | | | (Bristol Twp) HT | | 10.00 | |

| TOTAL HRS WORKED | GROSS PAY | PRE-TAX DED | TAXES | OTHER DEDS | NET PAY |
|---|---|---|---|---|---|
| 23.00 | 217.50 | 0.00 | 32.86 | 0.00 | 184.64 |

| DEPT: US.Non Brand.Supply Chain.A | | | | |
|---|---|---|---|---|
| VAC.HRS.REM. | SICK HRS.REM | CURRENT | | |
| 0.00 | 0.00 | YEAR-TO-DATE | | |
| | | 2,145.00 | | 355.96 | | 1,789.04 |

| BASE SALARY | PAY PERIOD START | PAY PERIOD END | FEDERAL FILING STATUS | FED ALLOWANCES | STATE FILING STATUS | ST ALLOWANCES |
|---|---|---|---|---|---|---|
| 9.00 | 24-FEB-2020 | 01-MAR-2020 | Married | 4 | Not Used (PA) | 0 |