# ACCOUNT SUMMARY

### Filing Parties:
SHAMIMA A RAHMAN

MISBAUR RAHMAN

### Account Holders:
RAHMAN; SHAMIMA A

### Account Information

| | |
|---|---|
| Account Number: | 4954 |
| Loan Open Date: | 1/1/2007 |
| Debt Type: | Judgment |
| Last Pmt Date: | 11/22/2014 |
| Charge Off Date: | 6/28/2015 |
| Last Transaction Account Owner: | CITIBANK, N.A. |
| Last Transaction Date: | 12/4/2014 |

*(handwritten: Judgment 9/11/17 $2422.52)*

### Creditor Information

| | |
|---|---|
| Account Owner: | Portfolio Recovery Associates, LLC |
| Original Creditor: | CITIBANK, N.A. |
| Original Merchant: | BEST BUY |
| Purchased From: | CITIBANK, N.A. |

### Bankruptcy Case Information

| | |
|---|---|
| Case No: | 2012754 |
| Filing Date: | 6/24/2020 |
| Chapter: | 13 |

### Proof of Claim Balance Detail

| | |
|---|---|
| Claim Balance: | $2,422.52 |
| Principal Amount: | $2,287.52 |
| Interest Amount: | $0.00 |
| Fee Amount: | $135.00 |

### Contact Information
PRA Receivables Management, LLC
C/O Portfolio Recovery Associates, LLC
Phone: (877) 829-8298
Email: Bankruptcy_Info@portfoliorecovery.com