

# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Marsha H. Neifield, President Judge     Patricia R. McDermott, Deputy Court Administrator

# SC-16-06-02-3347

| Portfolio Recovery Associates, LLC<br>140 Corporate Blvd.<br>Norfolk, VA 23502 | SHAMIMA AKTAR RAHMAN<br>4308 PRINCETON AVE<br>PHILADELPHIA, PA 19135 |
|---|---|
| *Plaintiff* | *Defendant(s)* |

**CARRIE A. BROWN**

**Plaintiff/Attorney**
Attorney # 094055

**Address & Phone:** 140 CORPORATE BOULEVARD, NORFOLK, VA 23502, 888-772-7326

# ORDER

**AND NOW,** to wit this __18th__ day of __July__, __2016__, upon consideration of the above captioned complaint, it is hereby ordered and decreed that the above captioned case be marked as follows:

Judgment for Plaintiff by Default. Judgment in the amount of $8,546.33, plus $117.00 Costs for a Total Amount due of $8,663.33.

BY THE COURT:

_J. DUNN J._

51 (07/09/01)