

# Statement Of Account

Shamima Aktar Rahman    4308 PRINCETON AVE    PHILADELPHIA, PA 191351705

**Principal Due**                $8,413.27

**Interest Due**                 $890.92

**All Other Charges**            $121.75

**Filing Amount**                $9,425.94

**Name of the entity from whom the creditor purchased the account**    Citibank, N.A.

**Name of the entity to whom the debt was owed at the time of the account holder's last transaction on the account**    Citibank, N.A./Sears

**Last Transaction Date**        06/02/2014

**Last Payment Date**            06/02/2014

**Account Charge Off Date**      01/06/2015

*Judgment 9/28/18*