UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Shamima A. Rahman | : | |
| Misbaur Rahman | : | Case No.: 20-12754-AMC |
| | : | |
| Debtor(s) | : | Chapter 13 |

**CERTIFICATE OF NO RESPONSE**

I hereby certify that no answers, objections or other responsive pleadings have been filed in response to the Motions to Avoid Lien at Docket Numbers: #26, #28, #30, #32 and respectfully request that the Orders attached to the Motions be approved.

Dated: October 29, 2020

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper Law Offices, LLC
1315 Walnut Street, Suite 502
Philadelphia, Pa 19107
215-545-0008