UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Shamima A. Rahman | : | Case No.: 20-12754-amc |
| Misbaur Rahman | : | |
| | : | |
| Debtor (s) | : | Chapter 13 |

## O R D E R

**AND NOW,** upon Motion of the Debtor to avoid a judicial lien held by Portfolio Recovery Associates, LLC on real and personal property,

**AND**, the Debtors having asserted that the alleged lien arising from the judgment entered at **Philadelphia Municipal Court, Case Number SC-16-06-02-3347** is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtors having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtor and/or the personal property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED, effective only upon entry of the Debtor's discharge.**

**Date:**
**Date: November 12, 2020**

                                                                             _____
                                                                             **ASHELY M. CHAN**
                                                                             **U.S. BANKRUPTCY JUDGE**