United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Shamima A Rahman  
Misbaur Rahman  
    Debtor(s)

Case No. 20-12754-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 2  
Date Rcvd: Nov 12, 2020      Form ID: pdf900      Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shamima A Rahman, Misbaur Rahman, 4308 Princeton Avenue, Philadelphia, PA 19135-1705 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14525475 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2020 04:06:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14525624 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2020 04:06:32 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

**Name**      **Email Address**

BRAD J. SADEK  
     on behalf of Joint Debtor Misbaur Rahman brad@sadeklaw.com  
     bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

BRAD J. SADEK

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 12, 2020 | Form ID: pdf900 | Total Noticed: 3 |

on behalf of Debtor Shamima A Rahman brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

CHARLES GRIFFIN WOHLRAB
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@rascrane.com

REBECCA ANN SOLARZ
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| | : | |
| Shamima A. Rahman | : | Case No.: 20-12754-amc |
| Misbaur Rahman | : | |
| | : | |
| Debtor (s) | : | Chapter 13 |

## **O R D E R**

**AND NOW,** upon Motion of the Debtor to avoid a judicial lien held by Portfolio Recovery Associates, LLC on real and personal property,

**AND**, the Debtors having asserted that the alleged lien arising from the judgment entered at **Philadelphia Municipal Court, Case Number SC-19-03-12-4374** is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtors having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtor and/or the personal property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED, effective only upon entry of the Debtor's discharge.**

**Date:**
**Date: November 12, 2020**

_____
**ASHELY M. CHAN**
**U.S. BANKRUPTCY JUDGE**