United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Shamima A Rahman  
Misbaur Rahman  
    Debtors

Case No. 20-12754-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Aug 12, 2025     Form ID: 138OBJ     Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shamima A Rahman, Misbaur Rahman, 4308 Princeton Avenue, Philadelphia, PA 19135-1705 |
| 14521240 | + | NEWREZ LLC, D/B/A SHELLPOINT MORTGAGE SERVICING, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 13 2025 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2025 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14529894 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2025 00:33:30 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14519616 | | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 13 2025 00:24:00 | Bank of America, N.A., P O Box 15102, Wilmington DE 19886-5102 |
| 14513827 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 13 2025 00:24:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14513828 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 13 2025 00:24:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14519570 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 13 2025 00:24:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14546860 | | Email/Text: megan.harper@phila.gov | Aug 13 2025 00:25:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14513829 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2025 00:32:20 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14525248 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 13 2025 00:32:27 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14513830 | + | Email/Text: bankruptcy@cavps.com | Aug 13 2025 00:25:00 | Cavalry Portfolio Services, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2321 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 12, 2025 | Form ID: 138OBJ | Total Noticed: 34 |

| | | | |
|---|---|---|---|
| 14525590 | + Email/Text: bankruptcy@cavps.com<br>Aug 13 2025 00:25:00 | | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14513831 | + Email/PDF: ais.chase.ebn@aisinfo.com<br>Aug 13 2025 00:56:59 | | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14513832 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Aug 13 2025 00:25:00 | | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14513833 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Aug 13 2025 00:25:00 | | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14513834 | + Email/Text: convergent@ebn.phinsolutions.com<br>Aug 13 2025 00:25:55 | | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton, WA 98057-9004 |
| 14517926 | Email/Text: mrdiscen@discover.com<br>Aug 13 2025 00:24:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14513835 | + Email/Text: mrdiscen@discover.com<br>Aug 13 2025 00:24:00 | | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14526542 | Email/PDF: MerrickBKNotifications@Resurgent.com<br>Aug 13 2025 00:32:27 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14513836 | + Email/PDF: MerrickBKNotifications@Resurgent.com<br>Aug 13 2025 00:44:11 | | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14513837 | + Email/Text: bankruptcydpt@mcmcg.com<br>Aug 13 2025 00:25:00 | | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14533704 | Email/Text: mtgbk@shellpointmtg.com<br>Aug 13 2025 00:24:00 | | New Rez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14520688 | ^ MEBN<br>Aug 13 2025 00:15:36 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14513839 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Aug 13 2025 00:56:20 | | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14525624 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Aug 13 2025 00:31:04 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14525475 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Aug 13 2025 00:56:51 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14532354 | Email/Text: bnc-quantum@quantum3group.com<br>Aug 13 2025 00:25:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14532353 | Email/Text: bnc-quantum@quantum3group.com<br>Aug 13 2025 00:25:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14513840 | + Email/Text: mtgbk@shellpointmtg.com<br>Aug 13 2025 00:24:00 | | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 14513841 | + Email/Text: bankruptcy@sw-credit.com<br>Aug 13 2025 00:25:00 | | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14513842 | + Email/Text: bncmail@w-legal.com<br>Aug 13 2025 00:24:00 | | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14513843 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com<br>Aug 13 2025 00:33:28 | | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Aug 12, 2025 | Form ID: 138OBJ | Total Noticed: 34

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14520004 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, N.A., P O Box 15102, Wilmington DE 19886-5102 |
| 14533001 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14533664 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14535138 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14532619 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14513838 | ##+ | Phoenix Financial Services, LLC, Attn: Bankruptcy, Po Box 361450, Indianapolis, IN 46236-1450 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2025      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Joint Debtor Misbaur Rahman brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor Shamima A Rahman brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com   philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)–doc 70 – 68

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Shamima A Rahman ) | Case No. 20−12754−amc |
| ) | |
| ) | |
|   Misbaur Rahman ) | Chapter: 13 |
| ) | |
|   Debtor(s). ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 12, 2025

For The Court

Timothy B. McGrath
Clerk of Court